UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X   Index No.:   13 Civ. 5188
PATRICK HOLAHAN,                                                 (ALC) (JLC)

                              Plaintiff,

   -against-                                                    NOTICE OF
                                                                 APPEARANCE

METROPOLITAN TRANSPORTATION AUTHORITY;
LONG ISLAND RAILROAD CO., MTA POLICE
DEPARTMENT, SGT. DAVID WINDING,
P.O. BRIAN WISNIEWSKI, SGT. MATTHEW SAUER,
P.O. EDWARD TIRADO, POLICE OFFICERS
JOHN DOE #1-10,

                              Defendants.
------------------------------------------------X

       **PLEASE TAKE NOTICE**, that the undersigned hereby enter an appearance as counsel of record in this Action on behalf of Defendants, METROPOLITAN TRANSPORTATION AUTHORITY; LONG ISLAND RAILROAD CO., MTA POLICE DEPARTMENT, SGT. DAVID WINDING, P.O. BRIAN WISNIEWSKI, SGT. MATTHEW SAUER, P.O. EDWARD TIRADO, POLICE OFFICERS JOHN DOE #1-10. The undersigned certify that they are admitted to practice in this Court. All papers should be served upon the undersigned at the mailing address listed below.

Dated: Mineola, New York
         August 9, 2013

                                                  **BEE READY FISHBEIN HATTER & DONOVAN, LLP**

                          By: _____
                               Michael P. Siravo (MPS 6425)

                          By: _____
                               Angelo M. Bianco (AB 2733)

                              *Attorneys for Defendants*
                              170 Old Country Road
                              Mineola, New York  11501
                              (516) 746-5599
                              File No.: 6178-1309

cc: <u>**Via ECF**</u>

**BRILL LEGAL GROUP, P.C.**
*Attorneys for Plaintiff*
15 Maiden Lane, Suite 1500
New York, NY  10038
Att:    Peter E. Brill (PB 0818)
pbrill@brill-legal.com
(212) 233-4141
Fax No.: (917) 259-6930