**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
Rita Bonicelli
Of Counsel:
Melodi Kinsella
James Moschella
Adam Etman
Shiva Bahmani

September 24, 2013

<u>Via ECF</u>
Hon. James L. Cott
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

   Re: *Holahan v. MTA et al*
     13-cv-05

Dear Judge Cott:

  I apologize for the timing of this letter, but I am writing to request an adjournment of tomorrow's conference concerning the above-referenced matter, as I am currently on trial in the matter of *U.S. v. Minaya et al* before Judge Keenan, also in the Southern District of New York. Based upon circumstances I needn't go into in detail, I believed I would be able to attend, but that is no longer the case.

  We have spoken to opposing counsel, who consents to the adjournment. If convenient to the Court, we are both available on November 12, 2013.

  Thank you for your consideration.

              Respectfully submitted,

              Peter E. Brill