# BRILL LEGAL GROUP, P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
Rita Bonicelli
Of Counsel
Meledi Kinsella
James Moschella
Adam Etman
Shiva Bahmani

September 24, 2013

Via ECF
Hon. James L. Cott
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/13

Re:   *Holahan v. MTA et al*
      13-cv-5188 (ALC)(JLC)

Dear Judge Cott:

I apologize for the timing of this letter, but I am writing to request an adjournment of tomorrow's conference concerning the above-referenced matter, as I am currently on trial in the matter of *U.S. v. Minaya et al* before Judge Keenan, also in the Southern District of New York. Based upon circumstances I needn't go into in detail, I believed I would be able to attend, but that is no longer the case.

We have spoken to opposing counsel, who consents to the adjournment. If convenient to the Court, we are both available on November 12, 2013.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

*[Handwritten order:]* The initial case management conference is adjourned to Nov. 12 at 2:30 PM in courtroom 21-D. The parties are reminded that, under the Undersigned's Individual Rules of Practice and in accordance with the SDNY ECF Rules and Instructions, all requests for adjournments are to be made by letter motion (not by letter). SO ORDERED. James L. Cott USMJ 9/24/13

15 Malden Lane
Suite 1500
New York, N.Y. 10038

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788

64 Hilton Avenue
Hempstead, N.Y. 11550

2454 Main Street, Unit F
P.O. Box 1071
Bridgehampton, N.Y. 11932

USDC SDNY
DATE SCANNED 9/24/13