```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK HOLAHAN,                                :       ORDER

           Plaintiff,                           :       13 Civ. 5188 (ALC) (JLC)

     - against-                                  :

METROPOLITAN TRANSPORTATION         :
AUTHORITY, et al.,
                                                        :
           Defendants.                      :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    Today, the parties appeared before me for an initial case management conference in accordance with Fed. R. Civ. P. 16(a). During the conference, I set a final discovery cut-off date of March 14, 2014, including all expert discovery. That date shall not be extended absent extraordinary circumstances.

    **SO ORDERED.**

Dated: November 12, 2013
       New York, New York

                                          _____
                                          JAMES L. COTT
                                          United States Magistrate Judge