PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN
KENNETH A. GRAY
DONALD J. FARINACCI
ROBERT CONNOLLY
WILLIAM C. DeWITT

OF COUNSEL

THOMAS V. PANTELIS
ROBERT G. LIPP
ROBERT R. McMILLAN

* ALSO ADMITTED IN FL
** ALSO ADMITTED IN NJ
† DECEASED

BEE READY FISHBEIN HATTER & DONOVAN, LLP

BRFH&D

ATTORNEYS AT LAW

SENIOR ASSOCIATE

MICHAEL P. SIRAVO

ASSOCIATES

ANGELO M. BIANCO
MICHAEL KRALL
†BRIAN A. SUPER
ROBERT M. GOODSTEIN
EVELYN F. GROSS
**STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREA ANDRADE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/14

RECEIVED
JAN 09 2014
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

January 9, 2014

Via Facsimile (212) 805-7990

The Chambers of the Honorable
Magistrate Judge James L. Cott
United States Courthouse
500 Pearl Street
Room 1360
New York, New York 10007

Re:   Patrick Holahan v. MTA, et al.
      Docket No.: 13 Civ 5188(ALC)(JLC)
      Our File No.: 6178-1309

Dear Honorable Sir:

Our office has been retained to represent the Metropolitan Transportation Authority and the MTA Police Officers involved in the above-referenced litigation. In that regard, Defendants respectfully request that the settlement conference currently scheduled for January 14, 2014 be adjourned to the afternoon of either January 27th or 31st, or the afternoon of either February 3rd, 4th, or 5th. This is the first request for said adjournment, and counsel for the Plaintiff has consented to this request.

The basis for my request is that my client will not be available on January 14, 2014, as he has a medical matter that he must attend to on that date. The requested adjournment does not affect any other scheduled dates.

Thank you for your time and consideration in this regard. If you have any questions or wish to discuss this matter in further detail, please contact the undersigned.

Very Truly Yours,

Angelo M. Bianco, Esq.
Bee Ready Fishbein Hatter & Donovan, LLP

cc:   Brill Legal Group
      Attn.: Peter Brill
      Via Facsimile: (516) 486-8995

*Handwritten note:* THE CONFERENCE IS ADJOURNED TO FEBRUARY 3, 2014 at 2pm. EX PARTE LETTERS ARE DUE BY JANUARY 27, 2014. APPLICATIONS OF THIS KIND SHOULD BE MADE BY LETTER-MOTION VIA ECF IN THE FUTURE. SO ORDERED. /s/ JLC USMJ 1/9/14

Nassau County Office: 170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045
Suffolk County Office: 105 Maxess Road • Suite 106 • Melville, NY 11747 • Telephone (631) 501-1030 • Fax (631) 501-5995

USDC SDNY
DATE SCANNED 1/10/14