PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN†
KENNETH A. GRAY
DONALD J. FARINACCI
ROBERT CONNOLLY
WILLIAM C. DeWITT

OF COUNSEL

THOMAS V. PANTELIS
ROBERT G. LIPP†
ROBERT R. McMILLAN  (Retired)

\*   ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
†   DECEASED

SENIOR ASSOCIATE

MICHAEL P. SIRAVO

ASSOCIATES

ANGELO M. BIANCO
MICHAEL KRALL
†BRIAN A. SUPER
ROBERT M. GOODSTEIN
EVELYN F. GROSS
\*\*STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREA ANDRADE

# BEE READY FISHBEIN HATTER & DONOVAN, LLP
## BRFH&D
### ATTORNEYS AT LAW

February 4, 2014

**Via ECF**

The Chambers of the Honorable
Magistrate Judge James L. Cott
United States Courthouse
500 Pearl Street
Room 1360
New York, New York  10007

      **Re:**    **Patrick Holahan v. MTA, et al.**
             **Docket No.:**    **13 Civ 5188(ALC)(JLC)**
             **Our File No.: 6178-1309**

Dear Honorable Sir:

Our office has been retained to represent the Metropolitan Transportation Authority and the MTA Police Officers involved in the above-referenced litigation.  Please accept this correspondence in follow-up to yesterday's telephone conference; whereby the settlement conference previously scheduled for February 4, 2014 at 2:00 p.m. has been adjourned to February 11, 2014 at 2:00 p.m.

Thank you for your time and consideration in this regard.  If you have any questions or wish to discuss this matter in further detail, please contact the undersigned.

                            Very Truly Yours,

                            Angelo M. Bianco, Esq.
                            Bee Ready Fishbein Hatter & Donovan, LLP

cc:    Brill Legal Group
        Attn.:  Peter Brill
        Via Facsimile:  (516) 486-8995