UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PATRICK HOLAHAN,

                                    Plaintiff,

        -against-                        1:13-cv-05188 (ALC) (JLC)

METROPOLITAN TRANSPORTATION      **ORDER OF DISCONTINUANCE**
AUTHORITY, et al.,

                                Defendants.
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       It having been reported to this Court that this case has been settled, it is hereby

       ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: February 21, 2014
       New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**